## A00A1895. CHANEY et al. v. BURDETT et al.
### (562 SE2d 853)

RUFFIN, Judge.

The Supreme Court, in *Chaney v. Burdett*,[1] reversed the judgment of this Court in *Chaney v. Burdett*.[2] Accordingly, our judgment in that case is hereby vacated, and the opinion of the Supreme Court is substituted therefor, which requires that the order of the trial court be reversed.

*Judgment reversed. Andrews, P. J., and Ellington, J., concur.*

DECIDED MARCH 29, 2002.

*James C. Gaulden, Jr.,* for appellants.
*Perrie, Buker, Jones & Morton, J. William Haley,* for appellees.

---

[1] 274 Ga. 805 (560 SE2d 21) (2002).
[2] 248 Ga. App. 668 (548 SE2d 407) (2001).